Case Name:   CLINTON A. AND BRANDY E. ROBBINS
Case No:     06 B 71928

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: June 28, 2007                  WILLIAM T. NEARY
                                      United States Trustee, Region 11

                                      BY:    __/s/_____
                                                    CAROLE J. RYCEK
                                                    Attorney for the U.S. Trustee