IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
ROBBINS, CLINTON A.
ROBBINS, BRANDY E.

CHAPTER 7 -- Liquidation

CASE NO. 06-71928 MB

Debtor(s)

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID
Number: xxx-xx-4835

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on: JULY 18, 2007
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 23.46 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 1,392.75 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 1,000.53 | |

4. The Trustee's Final Report shows total:

   a. Receipts                              $         4,002.10
   b. Disbursements                         $              3.43
   c. Net Cash Available for Distribution   $         3,998.67

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,581.93, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $22,762.86, resulting in an approximate distribution of 6.95% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: June 11, 2007

For the Court,

By /s/ BERNARD J NATALE

Trustee

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-3            User: jclarke              Page 1 of 1              Date Rcvd: Jun 29, 2007
Case: 06-71928                  Form ID: pdf002            Total Served: 28

The following entities were served by first class mail on Jul 01, 2007.
db        +Clinton A. Robbins,    4285 Windswept Way,    Loves Park, IL 61111-8655
jdb       +Brandy E. Robbins,    4285 Windswept Way,    Loves Park, IL 61111-8655
aty       +Dana N O'Brien,    Pierce & Associates P.C.,    1 N Dearborn Street,    Suite 1300,
            Chicago, IL 60602-4331
aty       +Theresa L Campbell,    Theresa L Campbell Law Offices,    728 N. Main,    Rockford, Il 61103-7200
tr        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
            Rockford, IL 61108-2582
cr        +Amcore Bank,    1210 S. Alpine Road,    Rockford,, IL 61108-3946
cr        +IH Mississippi Valley Credit Union,    2121 47th Street,    Moline, IL 61265-3663
cr        +SunTrust Mortgage f/k/a Crestar Mortgage,    RVW 3034,    P. O Box 27767,    Richmond, VA 23261-7767
10969732  +Amcore Bank,    501 7th St.,    Rockford, IL 61104-1299
10969733  +Beneficial/HFC,    P. O. Box 1547,    Chesapeake, VA 23327-1547
10969734  +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11089215  +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
            Seattle, WA 98121-2339
10969735  +Citibank,    P. O. Box 6241,    Sioux Falls, SD 57117-6241
11187064   Citibank ( South Dakota ) N.A.,    Exception Payment Processing,    P.O.  Box 6305,
            The Lakes, NV 88901-6305
10969736  +GEMB/LensCrafters,    P. O. Box 981439,    El Paso, TX 79998-1439
10969737  +HSBC Auto Finance,    P. O. Box 17904,    San Diego, CA 92177-7904
11055839  +HSBC Auto Finance,    POB 17906,    San Diego, CA 92177-7906
10981071  +HSBC Auto Finance Dept.,    c/o Ascension Capital Group,    POB 201347,    Arlington TX 76006-1347
10969738  +HSBC NC,    P. O. Box 19360,    Portland, OR 97280-0360
11179693   Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
            POB 35480,    Newark NJ 07193-5480
10969739  +I H Mississippi Valley Credit Union,    2121 47th Street,    Moline, IL 61265-3663
10969740  +Kohls,    N56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-5660
10969741   Sears,    Bankruptcy Division,    P. O. Box 182149,    Columbus, OH 43218-2149
10969742  +Suntrust Mortgage,    1001 Semmes Ave.,    Richmond, VA 23224-2245
10969743  +UNVL/CITI,    8787 Bay Pines,    Jacksonville, FL 32256-8528
10969744  +WFNNB/Lane Bryant,    P. O. Box 182121,    Columbus, OH 43218-2121
11052742  +World Financial Network National Bank,    Lane Bryant Mail Order,    c/o Weinstein & Riley, P.S.,
            2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
11189539   eCAST Settlement Corporation assignee of,    HSBC Bank NA/Direct Merchants,    Credit Card Bank NA,
            POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
            Rockford, IL 61108-2582
cr*        +HSBC Auto Finance Department,    c/o Ascension Capital Group,    P.O. Box 201347,
            Arlington, TX 76006-1347
                                                                                                TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2007**                    **Signature:** _Joseph Speetjens_