IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE: ROBBINS, CLINTON A<br>ROBBINS, BRANDY E<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06-71928<br><br>JUDGE MANUEL BARBOSA |

**TRUSTEE'S FINAL ACCOUNT, CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION FOR DISCHARGE OF THE TRUSTEE**

TO:    THE HONORABLE MANUEL BARBOSA,
       BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report.

All checks have been cashed. Evidence of cancelled check(s) is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE : **AUGUST 22, 2007**           /S/   BERNARD J NATALE
                                     BERNARD J NATALE, TRUSTEE

**CERTIFICATION OF REVIEW**

The United States Trustee has reviewed the Final Account, Certificating that the Estate has been Fully Administered and Application for Discharge of the Trustee in accordance with the standards set forth in the MOU dated April 1, 1999, and has no objection to the trustee's certification that the estate has been fully administered and is ready to close.

DATE: September 12, 2007       WILLIAM T NEARY
                               United States Trustee

                               By: _____
                               CAROL J RYCZEK
                               ATTORNEY FOR THE U S TRUSTEE